IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| ESTEBAN SANTOS EUCEDA, et al., | * | |
| Petitioners, | * | |
| v. | | Case No. 7:26-cv-185 (WLS-ALS) |
| | * | |
| WARDEN, IRWIN COUNTY DETENTION CENTER, | * | |
| Respondent. | * | |

**JUDGMENT**

Pursuant to this Court's Order dated 10/9/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 13th day of October, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk